IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JEFFREY L. BLALOCK,

    Plaintiff,

vs.                                  Civil Action 2:09-CV-286
                                      Judge Sargus
                                      Magistrate Judge King

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.

## ORDER

On July 9, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be reversed and that the matter be remanded for further consideration of the opinion of plaintiff's treating physician. *Report and Recommendation*, Doc. No. 17. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. *Id.* There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The decision of the Commissioner is **REVERSED** and the matter is **REMANDED** for further consideration of the opinion of plaintiff's treating physician.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

7-28-2010
Date

Edmund A. Sargus, Jr.
United States District Judge