AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JEFFREY L. BLALOCK,**

      **Plaintiff,**

                       **JUDGMENT IN A CIVIL CASE**

**v.**

**MICHAEL J. ASTRUE,**         **CASE NO. C2-09-286**
**COMMISSIONER OF SOCIAL**   **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**                         **MAGISTRATE JUDGE NORAH MCCANN KING**

      **Defendant.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the ORDER filed July 29, 2010, JUDGMENT is hereby entered REMANDING this case for further proceedings.  This case is DISMISSED.**

Date: July 29, 2010                                     JAMES BONINI, CLERK

                                                    */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk