IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JEFFREY L. BLALOCK,

    Plaintiff,

vs.                            Civil Action 2:09-CV-286
                                  Judge Sargus
                                  Magistrate Judge King

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.

**ORDER**

    Upon the parties' stipulation, Doc. No. 20, plaintiff is **AWARDED** an attorney fee of $2,800.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

10-29-2010
Date

                                          Edmund A. Sargus, Jr.
                                          United States District Judge